1
2
3
4
5

Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
TISHANA RICHARDS

6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PRESCOTT DIVISION**

8

TISHANA RICHARDS,

9

    Plaintiff,

10

    v.

11

AMSHER COLLECTION SERVICES,

12

    Defendant.

13

)
)
)
)
)
)
)
)
)
)
)

**Case No.:**

**VERIFIED COMPLAINT**

**(Unlawful Debt Collection Practices)**

14

15

<u>**PLAINTIFF'S COMPLAINT**</u>

16

17

TISHANA RICHARDS ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD.,

alleges the following against AMSHER COLLECTION SERVICES ("Defendant"):

18

**INTRODUCTION**

19

20

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15
   U.S.C. 1692 et seq.* ("FDCPA").

21

**JURISDICTION AND VENUE**

22

23

24

2. Jurisdiction of this Court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such
   actions may be brought and heard before "any appropriate United States district court
   without regard to the amount in controversy."

25

3.  Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

**PARTIES**

5.  Plaintiff is a natural person residing in Flagstaff, Coconino County, Arizona.

6.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8.  Defendant is a collection agency and conducts business in Arizona.

9.  Plaintiff is informed and believes, and thereon alleges, that Defendant is a business with an office in Birmingham, Alabama.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. On or around August 29, 2011, Plaintiff received the first call from Defendant, from an individual identifying herself as a Ms. McGee ("McGee").

12. McGee told Plaintiff that, if Plaintiff did not pay the sum of $1,634.00 by the 1st of September (three days away) by setting up payment from her bank account, the debt would go to the "pre-legal department" and would remain on Plaintiff's credit for seven years.

13. When Plaintiff explained she was unable to make such a payment in such short course, McGee told Plaintiff that, if payment was not promptly made, Defendant would cancel all of Plaintiff's credit cards and possibly take her possessions.

PLAINTIFF'S COMPLAINT

14. On or around September 7, 2011, Plaintiff telephoned Defendant in effort to resolve the underlying account, this time speaking with a Forrest Hardy. The parties agreed to an amount to be paid in full settlement of the debt, and Plaintiff provided her banking information.

15. Later that day, Defendant made an unauthorized withdrawal from Plaintiff's bank account, in an amount that caused Plaintiff to incur a non-sufficient fund fee from her bank.

16. Plaintiff immediately attempted to contact Defendant in regards to the above but could not reach a representative. Her calls were not returned.

17. On September 12, 2011, Defendant again caused an unauthorized amount to be withdrawn form Plaintiff's bank account, again causing Plaintiff to incur penalties and fees for lack of sufficient funds.

18. On September 28, 2011, Plaintiff received a call from Defendant's representative, Terrance, who was now demanding additional payments.

19. Terrance again made legal threats if payment was not promptly paid, and yelled over Plaintiff when she tried to explain the previous arrangements.

20. Despite the foregoing, Defendant has continued to call Plaintiff, seeking and demanding additional payments on the account.

21. Defendant calls Plaintiff from 800-246-9590, 866-732-1624, 866-732-1626, and possibly other numbers, despite Plaintiff's repeated insistence that she is not making additional payments on the debt.

**COUNT I:**
**DEFENDANT VIOLATED THE FAIR DEBT**
**COLLECTION PRACTICES ACT**

22. Defendant violated the FDCPA based on, but not limited to, the following:

   a.   Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

- 3 -

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

     b.    Defendant violated *§ 1692e* of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt;

     c.    Defendant violated *§1692e(5)* of the FDCPA by threatening to take any action that cannot be legally taken or is not intended to be taken;

     d.    Defendant violated *§1692e(8)* of the FDCPA by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed;

     e.    Defendant violated *§ 1692e(10)* of the FDCPA through the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer; and

     f.    Defendant violated *§ 1692f* of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt.

WHEREFORE, Plaintiff, TISHANA RICHARDS, respectfully requests judgment be entered against Defendant, AMSHER COLLECTION SERVICES, for the following:

23. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Actual damages,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

26. Any other relief this Court deems appropriate.


DATED:  May 10, 2012        RESPECTFULLY SUBMITTED,

                 By: */s/ Ryan Lee*
                 Ryan Lee
                 Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, TISHANA RICHARDS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TISHANA RICHARDS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 12/13/11

TISHANA RICHARDS

- 5 -

PLAINTIFF'S COMPLAINT