1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Tishana Richards

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Tishana Richards, | ) | Case No.: 3:12-cv-08090-PGR |
|---|---|---|
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| AmSher Collection Services, Inc, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Tishana Richards, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: June 29, 2012          KROHN & MOSS, LTD.


By: /s/ Ryan Lee
    Ryan Lee
    Attorney for Plaintiff

- 1 -

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2012, I served a copy of this document via ELECTRONIC MAIL upon the following:

C. Andrew Campbell,
1839 South Alma School Road, Suite 275
Mesa, Arizona 85210

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff