IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tishana Richards, ) | CV-12-8090-PCT-FJM |
| ) | |
| Plaintiff(s), ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Amsher Collection Services, ) | |
| ) | |
| Defendant(s). ) | |

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

DATED this 19th day of July, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge